# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ALLOC, INC., a Delaware corporation, BERRY
FINANCE N.W., a Belgian corporation, and
VÄLINGE INNOVATION AB, a Swedish
corporation,

                       Plaintiff,

                       Case No. 06-C-702

   -vs-

EMPIRE HOME SERVICES LLC, a
Delaware Corporation, d/b/a EMPIRE TODAY,

                       Defendant.

## ORDER STAYING LITIGATION

       Based on the parties' stipulation, this case shall be stayed along with two other cases in this district (i.e., Case 01-216, Alloc et al. v. Columbia Forest Products, Inc. and Case 01-486, Alloc et al v. Shaw Industries, Inc.) pending the outcome of the following lead case:

Case No: 00-C-0999
Alloc, Inc., Berry Finance N.V., and Valinge Aluminium AB,
v.
Unilin Decor N.V., BHK of America, Inc., and Pergo, Inc.

       Dated at Milwaukee, Wisconsin, this 25th day of October, 2006.

                                    **SO ORDERED,**

                                    **s/ Rudolph T. Randa**
                                    **HON. RUDOLPH T. RANDA**
                                    **Chief Judge**