# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ALLOC, INC., a Delaware corporation,**
**BERRY FINANCE N.V., a Belgian corporation, and**
**VÄLINGE INNOVATION AB, a Swedish corporation**

                        **Plaintiff,**

      -vs-                                                                                                          Case No. 06-C-702

**EMPIRE HOME SERVICES LLC, a Delaware Corporation,**
**d/b/a EMPIRE TODAY,**

                        **Defendant.**

## ORDER OF DISMISSAL

The parties having agreed to dismissal of the above-captioned action,

**IT IS HEREBY ORDERED** that all claims and counterclaims in the action are dismissed with prejudice and without costs to any party.

Dated at Milwaukee, Wisconsin, this 20th day of April, 2007.

                                           **SO ORDERED,**

                                         **s/Rudolph T. Randa**
                                         **HON. RUDOLPH T. RANDA**
                                         **Chief Judge**